**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June18, 2008 |
| Court Reporter: Janet Coppock | Time: 30 minutes |
| Probation Officer: Matthew Farwell | Interpreter: n/a |

**CASE NO. 07-CR-00436-WDM**

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| **UNITED STATES OF AMERICA,** | Susan Knox |
| Plaintiff, | |
| vs. | |
| **CRUZ CHACON,** | Matthew Golla |
| Defendant. | |

**HEARING ON APPEAL OF MAGISTRATE JUDGE'S DETENTION ORDER**

**9:07 a.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**9:09 a.m.**   Argument by Mr. Golla.

**9:19 a.m.**   Direct examination of defendant's witness Bridgette Ontiveros by Mr. Golla.

**9:25 a.m.** Cross examination by Ms. Knox.

**9:29 a.m.** Redirect examination by Mr. Golla.

Witness excused.

Record should reflect the Court has reviewed the transcript of the detention hearing before Magistrate Judge Shaffer and the pretrial services report.

Court states its findings and conclusions.

**ORDERED:** Appeal of Magistrate Judge Shaffer's Detention Order is **DENIED.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:37 a.m.** **COURT IN RECESS**

**Total in court time:** 30 minutes

**Hearing concluded**