## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Walker D. Miller

_____

Date:                December 2, 2008
Courtroom Deputy: LaDonne Bush
Court Reporter:   Kara Spitler
Interpreters:        Cathy Bahr, Ruth Werner

_____

Criminal Action No. 07-cr-436-WDM

UNITED STATES OF AMERICA,                                Susan Knox

      Plaintiff,

v.

1.  JESUS NUNEZ,                                         Scott Reisch
2.  CRUZ CHACON,                                         Matthew Golla
4.  LUIS GALVAZ-BARAJAS,                                 Marci Gilligan
5.  PEDRO MENDOZA,                                       Martha Eskesen

      Defendants.
_____

## COURTROOM MINUTES
_____

Nonevidentiary Hearing on Motions

1:41 p.m.      Court in session.

Defendants are present and in custody.

Interpreters sworn for Defendants Jesus Nunez and Luis Galvaz-Barajas.

**ORDERED**:  Motions to Join (Docs. 104, 113, 124, 141, 142) are granted.

Discussion between the Court and counsel regarding motions.

**ORDERED**:  Rulings are reserved on the Motions to Sever (Docs. 95, 109, 138, 153).

**ORDERED**:  With regard to Motion to Preserve and Timely Produce All Agents' Notes
(Doc. 136), the Motion is granted as to the preservation of all agents' notes

and government witnesses' notes as set forth on the record.

**ORDERED**: Motions for Bill of Particulars (Docs. 107, 126) are denied without prejudice.

**ORDERED**: With regard to the Motion for Production of All <u>Jencks</u> Materials (Doc. 93), the parties shall schedule a <u>James</u> hearing after the hearing on the motions to suppress. The Government shall produce all <u>Jencks</u> material no later than 20 days before that hearing.

**ORDERED**: Motions for Disclosure (Docs. 91, 103, 120, 128) are granted to the extent set forth on the record and the Government shall produce the material no later than 60 days before trial.

**ORDERED**: Motions for Disclosure of Expert Testimony (Docs. 108, 123) are granted as set forth on the record and the Government shall produce expert reports pursuant to Rule 16 no later than 60 days before trial.

**ORDERED**: Motions for Disclosure of Exculpatory Material (Docs. 92, 111, 112, 116, 122) are granted to the extent set forth on the record.

**ORDERED**: Motion for Rule 806 Impeachment Evidence (Doc. 115) and Motion for Production of Impeachable Convictions of Prosecution Witnesses (Doc. 119) are granted to the extent set forth on the record and the evidence shall be produced no later than 60 days before trial.

**ORDERED**: Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 135) is granted to the extent set forth on the record and disclosure shall be made at least 60 days before trial.

Court instructs counsel to get hearing and trial dates from chambers.

2:22 p.m.    Court in recess.

Hearing concluded.
Time: 00:41