IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00436-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  CRUZ CHACON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Due to a conflict in the court's calendar, the change of plea hearing is rescheduled to **June 25, 2009, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: May 27, 2009

                                       s/ Jane Trexler, Judicial Assistant