IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00436-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CRUZ CHACON

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The February 3, 2010 status hearing is changed to a change of plea hearing.

Dated: February 2, 2010

                                              s/ Jane Trexler, Judicial Assistant