IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00436-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  CRUZ CHACON

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing will be held **May 5, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: February 3, 2010

                                        s/ Jane Trexler, Judicial Assistant