IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00436-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. CRUZ CHACON

 Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 Sentencing is rescheduled to **June 30, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: April 6, 2010

                s/ Jane Trexler, Judicial Assistant