IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date: July 22, 2010 |
| Court Reporter: Terri Lindblom | |
| Probation Officer: Jan Woll | |

**Criminal Action No. 07-cr-00436-WDM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
| Plaintiff, | |
| vs. | |
| 2. CRUZ CHACON, | Jeffrey Edelman |
| Defendant. | |

## COURTROOM MINUTES - SENTENCING HEARING

**9:01 a.m.    Court in session.**

Defendant is present in court, in custody.

Appearances of counsel.

Defendant entered his plea on **February 3, 2010,** to count one of the Superseding Indictment.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report and addenda are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court and discuss the defendant's objections to the presentence report.

Defendant's objections to the presentence report are overruled for the reasons stated on the record.

Court and counsel discuss the Government's Motion for Downward Departure Pursuant to 5K1.1 [#330] filed June 28, 2010.

Statements to the Court by Ms. Knox.

Statements to the Court by Mr. Edelman.

Statements to the court by the defendant.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's plea of guilty to count one of the Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 235 to 293 months | 235 months |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | Precluded | Not recommended |
| **Fine** | $17,500 to $4,000,000 | Not recommended |
| **Special Assessment** | $100 | $100 due immediately |

**ORDERED:** Defendant shall be **imprisoned** for **One Hundred and Eight (108) months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant in facility in the state of Colorado, and recommends that he be allowed to participate in the RDAP program.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five (5) years**.

**ORDERED:** 1. That the Government's Motion to Dismiss *Original Indictment as to Defendant Cruz Chacon* [#331] filed June 28, 2010, is **GRANTED**.

2. That the Government's Motion for Downward Departure Pursuant to 5K1.1 [#330] filed June 28, 2010, is **GRANTED** for the reasons stated on the record.

**ORDERED: Conditions of Supervised Release that:**

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(X) Defendant shall not commit another federal, state or local crime.
(X) Defendant shall not illegally possess controlled substances.
(X) Defendant shall not possess a firearm or destructive device.
(X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED: Special Condition of Supervised Release that:**

(X) Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall forfeit to the United States any and all property, real and permanent, derived from the proceeds from the instant offense.

**ORDERED:** Defendant shall pay **$ 100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:46 a.m.    Court in recess.**

Total in court time: 00:45 minutes
Hearing concluded